

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00364-CR

| | | |
|---|---|---|
| Charles Blackshire a/k/a Charlie Blackshire | § | From the 396th District Court |
| | § | of Tarrant County (1270086D) |
| v. | § | May 28, 2015 |
| | § | Opinion by Justice Meier |
| The State of Texas | § | (nfp) |

## JUDGMENT ON REMAND

This court has again considered the record on appeal in this case and holds that there was error in the trial court's judgment. Having reaffirmed that the record in this case supports the trial court's imposition of the $72 "due to CSCD," we again modify the judgment adjudicating Blackshire's guilt to reflect $284 in court costs on page 1 of the judgment and the reparations amount to reflect $1,032 (which includes $900 in appointed attorney fees, $60 for one month of assessed probation fees, and $72 due to CSCD) on page 2 of the judgment. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS


By /s/ Bill Meier
Justice Bill Meier